UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-                                                    ORDER

JOSE ALTAGRACIA AQUINO SUAREZ,                               23-mj-5948

                             Defendant.

------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The parties in the above-captioned matter shall appear before this Court on December 12, 2023 at 10:00 a.m. for an initial conference and plea hearing.

Dated:  December 6, 2023
           New York, New York

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge